FILED

JUN 19 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10332 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-00076-RCJ-VPC-1 |
| v. | |
| HUMBERTO GOSTELOS-FUENTES, a.k.a. Roberto Flores-Millan, | MEMORANDUM* |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10333 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-00078-RCJ-WGC-1 |
| v. | |
| HUMBERTO GOSTELOS-FUENTES, a.k.a. Beto, a.k.a. Roberto Flores-Millan, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, District Judge, Presiding

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted March 17, 2015[**]

Before:      HUG, FARRIS, and CANBY, Circuit Judges.

Humberto Gostelos-Fuentes appeals from the district court's judgments and challenges his guilty-plea convictions and concurrent 135-month sentences for unlawful reentry by a deported, removed, or excluded alien, in violation of 8 U.S.C. § 1326, and conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846. Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Gostelo-Fuentes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gostelo-Fuentes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gostelo-Fuentes has waived his right to appeal his convictions and his 135-month sentences. Because the record discloses no arguable issue as to the validity of the appeal waivers, we dismiss the appeals. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw as counsel is **GRANTED**.

_____

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**DISMISSED**.